# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132449

DONNA MILLER,
   Plaintiff,
   Counter-Defendant-Appellant,

v

JOHN HEAD and KAREN HEAD,
   Defendants,
   Counter-Plaintiffs-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132449
COA: 269349
Oakland CC: 02-043276-CZ

On order of the Court, the application for leave to appeal the September 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

t1218

Clerk